**Dennis M. ESHNAUR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65250.**

Missouri Court of Appeals,
Western District.

May 30, 2006.

Application for Transfer to Supreme Court
Denied Aug. 1, 2006.

John W. Simon, St. Louis, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, P.J., ROBERT G. ULRICH, and JAMES M. SMART, JJ.

**ORDER**

PER CURIAM.

Mr. Dennis M. Eshnaur appeals from the denial of his Rule 29.15 post-conviction relief motion. He claims that trial and appellate counsel were ineffective for lack of preparation and in failing to challenge various issues. He also claims that his post-conviction relief counsel abandoned him.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).